IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RODERICK ALEXANDER,             * | |
| Petitioner,             * | |
| vs.             * | CASE NO. 4:05-CV-142 (CDL) |
| UNITED STATES OF AMERICA,             * | 18 U.S.C. § 3582 Motion |
| Respondent.             * | CASE NO. 4:97-CR-35 |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 8, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 30th day of January, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE